DERICK E. KONZ, ESQ., SB No. 286902
    Email: dkonz@akk-law.com
WILLIAM J. BITTNER, ESQ. No. 292056
    Email: wbittner@akk-law.com
**ANGELO, KILDAY & KILDUFF, LLP**
Attorneys at Law
601 University Avenue, Suite 150
Sacramento, CA  95825
Telephone:  (916) 564-6100
Telecopier:  (916) 564-6263

Attorneys for Defendant COUNTY OF AMADOR

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSHUA BENEDICT, | Case No.: 2:26-cv-00236-JAM-AC |
| Plaintiff, | **STIPULATION AND ORDER TO STAY CIVIL PROCEEDING PENDING RESOLUTION OF PLAINTIFF'S RELATED STATE CRIMINAL PROCEEDING** |
| vs. | |
| COUNTY OF AMADOR, et al. | |
| Defendants. | |

Plaintiff has a parallel pending criminal proceeding in the Superior Court of California, County of Amador (Case No. 25CR35639) that concerns the same incident underlying this civil proceeding. Staying this civil proceeding while the criminal proceeding is pending will protect Plaintiff's Fifth Amendment right; makes efficient use of judicial resources; provides consistency by ensuring that common issues are not re-litigated; and ensures that the criminal process is not undermined by an ongoing parallel civil proceeding.

Accordingly, the parties hereby stipulate to and request a stay of this civil proceeding pending resolution of the criminal proceeding (either dismissal of the criminal proceeding or sentencing). Within 30 days after resolution of the criminal proceeding, Plaintiff will file a status

report requesting that the Court lift the stay. Within 30 days after the Court issues an order lifting the stay, the parties will file a joint status report addressing the relevant portions of Local Rule 240(a) to facilitate the entry of a pretrial scheduling order.

**SO STIPULATED**.

Dated:  April 6, 2026                    ANGELO, KILDAY & KILDUFF

                                                    */s/ Derick E. Konz*
                                         By:_____
                                              Derick E. Konz
                                              Attorneys for Defendant COUNTY OF
                                              AMADOR


Dated:  April 6, 2026                    LONGYEAR, LAVRA & CAHILL

                                                    */s/ Dayton Van Vranken Longyear*
                                         By:_____
                                              Dayton Van Vranken Longyear
                                              Attorneys for Defendant CITY OF
                                              SUTTER CREEK


Dated:  April 6, 2026                    PORTER SCOTT

                                                    */s/ William E. Camy*
                                         By:_____
                                              William E. Camy
                                              Attorneys for Defendants CITY OF
                                              JACKSON and THURMAN


Dated:  April 6, 2026                    LAW OFFICES OF KENNETCH C. ODIWE

                                                    */s/ Kenneth Chike Odiwe*
                                         By:_____
                                              Kenneth Chike Odiwe
                                              Attorney for Plaintiff JOSHUA
                                              BENEDICT

STIPULATION AND REQUEST TO STAY CIVIL PROCEEDING PENDING RESOLUTION OF PLAINTIFF'S RELATED STATE CRIMINAL PROCEEDING; PROPOSED ORDER

## ORDER

Based on the stipulation of the parties and good cause appearing, the Court hereby **ORDERS** as follows:

1.      This matter is **STAYED** pending resolution of Plaintiff's parallel pending criminal proceeding in the Superior Court of California, County of Amado, Case Number 25CR35639 (either dismissal of the criminal proceeding or sentencing).

2.      Within 30 days after resolution of the criminal proceeding, Plaintiff is **DIRECTED** to file a request to lift the stay.

3.      Within 30 days after the Court issues an order lifting the stay, the parties are **ORDERED** to file a Joint Status Report pursuant to the provisions of Fed. R. Civ. P. 16 and 26, in accordance with Local Rule 240 and the Court's Order Requiring Service of Process and Joint Status Report, to include the parties' proposed schedule for discovery, motions, trial, and estimate of trial time.

IT IS SO ORDERED.

Dated: April 06, 2026

JOHN A. MENDEZ,
SENIOR UNITED STATES DISTRICT JUDGE

STIPULATION AND REQUEST TO STAY CIVIL PROCEEDING PENDING RESOLUTION OF
PLAINTIFF'S RELATED STATE CRIMINAL PROCEEDING; PROPOSED ORDER